```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                Case No. 18-04517-JJT
Latasha Shereece Calloway                                             Chapter 13
         Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman            Page 1 of 1            Date Rcvd: Dec 07, 2018
                              Form ID: ntcnfhrg          Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db              Latasha Shereece Calloway,    1404 Whispering Hills Ct,    Effort, PA  18330-8161
5129465        +ABC Bail Bonds, Inc.,   Schachter Portnoy, LLC,    3490 U.S. Route 1, Ste. 6,
                 Princeton, NJ 08540-5920
5133181       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,   Arlington, TX 76096)
5123491         FedLoan Servicing,   PO Box 69184,    Harrisburg, PA 17106-9184
5123492        +GM Financial,   PO Box 181145,    Arlington, TX 76096-1145
5123494        +Milstead & Associates LLC,    1 E. Stow Road,   Marlton, NJ 08053-3118
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5123488        +E-mail/Text: bankruptcycare@affinityfcu.com Dec 07 2018 19:08:29      Affinity FCU,
                 73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
5123489         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 19:17:52      Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
5136952         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 19:17:52
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
5123490         E-mail/Text: mrdiscen@discover.com Dec 07 2018 19:08:22      Discover Bank,   PO Box 15316,
                 Wilmington, DE 19850
5123493         E-mail/Text: camanagement@mtb.com Dec 07 2018 19:08:31      M&T Bank,
                 1 Fountain Plaza - 9th Floor,    Buffalo, NY 14203
5132817         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2018 19:08:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
                                                                                              TOTAL: 6

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
         Charles  Laputka    on behalf of Debtor 1 Latasha Shereece Calloway claputka@laputkalaw.com,
          milda@laputkalaw.com;jen@laputkalaw.com;bkeil@laputkalaw.com
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         James  Warmbrodt    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
         Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Latasha Shereece Calloway, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 5:18–bk–04517–JJT |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 1, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: January 8, 2019  Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes–Barre, PA 18701  (570) 831–2500 | **For the Court:** Terrence S. Miller  Clerk of the Bankruptcy Court:  By: REshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 7, 2018 |

ntcnfhrg (03/18)