```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                      Case No. 18-04517-JJT
Latasha Shereece Calloway                                   Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

```
District/off: 0314-5        User: REshelman       Page 1 of 1        Date Rcvd: Dec 07, 2018
                            Form ID: pdf002        Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
```
db            Latasha Shereece Calloway,    1404 Whispering Hills Ct,   Effort, PA  18330-8161
5129465       +ABC Bail Bonds, Inc.,    Schachter Portnoy, LLC,    3490 U.S. Route 1, Ste. 6,
               Princeton, NJ 08540-5920
5133181       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,    dba GM Financial,
               P O Box 183853,   Arlington, TX 76096)
5123491        FedLoan Servicing,    PO Box 69184,   Harrisburg, PA 17106-9184
5123492       +GM Financial,    PO Box 181145,   Arlington, TX 76096-1145
5123494       +Milstead & Associates LLC,    1 E. Stow Road,   Marlton, NJ 08053-3118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5123488       +E-mail/Text: bankruptcycare@affinityfcu.com Dec 07 2018 19:08:29      Affinity FCU,
               73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
5123489        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 19:17:52     Capital One,
               PO Box 30281,    Salt Lake City, UT 84130-0281
5136952        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 19:17:35
               Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
5123490        E-mail/Text: mrdiscen@discover.com Dec 07 2018 19:08:22      Discover Bank,    PO Box 15316,
               Wilmington, DE 19850
5123493        E-mail/Text: camanagement@mtb.com Dec 07 2018 19:08:31      M&T Bank,
               1 Fountain Plaza - 9th Floor,   Buffalo, NY 14203
5132817        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2018 19:08:36
               Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
               Harrisburg PA  17128-0946
                                                                               TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                    Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
        Charles  Laputka    on behalf of Debtor 1 Latasha Shereece Calloway claputka@laputkalaw.com,
         milda@laputkalaw.com;jen@laputkalaw.com;bkeil@laputkalaw.com
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 5
```

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**Latasha Shereece Calloway**

CHAPTER 13
CASE NO.    **5:18-bk-04517**

☑ ORIGINAL PLAN
____ AMENDED AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☑ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☑ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.      PLAN FUNDING AND LENGTH OF PLAN.**

   **A.      Plan Payments From Future Income**

       1. To date, the Debtor paid $__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**204,000.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 1 | 60 | 3,400.00 | 0.00 | 3,400.00 | 204,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $204,000.00 |

       2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☑ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

### B. Additional Plan Funding From Liquidation of Assets/Other

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☑ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

_____

## 2. SECURED CLAIMS.

### A. Pre-Confirmation Distributions. *Check one.*

☑ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

### B. Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| M&T Bank | 1404 Whispering Hills Court Effort, PA 18330  Monroe County | 0668 |

### C. Arrears (Including, but not limited to, claims secured by Debtor's principal residence). *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| M&T Bank | 1404 Whispering Hills Court Effort, PA 18330 Monroe County | $178,067.36 | $0.00 | $178,067.36 |

     **D.**    **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
       ☑ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

     **E.**    **Secured claims for which a § 506 valuation is applicable.** *Check one.*
       ☑ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

     **F.**    **Surrender of Collateral.** *Check one.*

       ☑ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

     **G.**    **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

       ☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.**     **PRIORITY CLAIMS.**

     **A.**    **Administrative Claims**

       1. <u>Trustee's Fees.</u> Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

       2. <u>Attorney's fees.</u> Complete only one of the following options:

          a.    In addition to the retainer of $ **1,690.00** already paid by the Debtor, the amount of $ **2,310.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).

          b.    $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

       3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
          *Check one of the following two lines.*

       ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

     **B.**    **Priority Claims (including, but not limited to, Domestic Support Obligations other than those treated in § 3.C below).** *Check one of the following two lines.*

       ☑ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

     **C.**    **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

       ☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.**     **UNSECURED CLAIMS**

     **A. Claims of Unsecured Nonpriority Creditors Specially Classified.**
       *Check one of the following two lines.*

       ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

     **B. Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

**other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ☑ plan confirmation.
   ☐ entry of discharge.
   ☐ closing of case:

7. **DISCHARGE: (Check one)**

   ☑ The debtor will seek a discharge pursuant to § 1328(a).

   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.
Payments from the plan will be made by the Trustee in the following order:
Level 1:       _____
Level 2:       _____
Level 3:       _____
Level 4:       _____
Level 5:       _____
Level 6:       _____
Level 7:       _____
Level 8:       _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:
Level 1:     Adequate protection payments.
Level 2:     Debtor's attorney's fees.
Level 3:     Domestic Support Obligations.
Level 4:     Priority claims, pro rata.
Level 5:     Secured claims, pro rata.
Level 6:     Specially classified unsecured claims.
Level 7:     Timely general unsecured claims.
Level 8:     Untimely filed general unsecured claims to which the Debtor has not objected.

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Holders of allowed secured claims not described in Part 4 shall retain the liens securing such claims and shall be paid post-petition, directly by debtor, as contractually due unless otherwise specified in this plan (arrears on said claims specifically discussed in Part 4). Payments towards deficiencies on under-secured claims are listed with the Unsecured Claims.

4

Case 5:18-bk-04517-JJT    Doc 27    Filed 12/09/18    Entered 12/10/18 00:45:59    Desc
Imaged Certificate of Notice    Page 5 of 6

Dated: **November 6, 2018**      **/s/ Charles Laputka, Esquire**

**Charles Laputka, Esquire 091984**

Attorney for Debtor

**/s/ Latasha Shereece Calloway**

**Latasha Shereece Calloway**

Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 10.

5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy