```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-04517-JJT
Latasha Shereece Calloway                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1              Date Rcvd: Dec 18, 2018
                              Form ID: pdf010          Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db              Latasha Shereece Calloway,    1404 Whispering Hills Ct,    Effort, PA  18330-8161
5129465        +ABC Bail Bonds, Inc.,    Schachter Portnoy, LLC,    3490 U.S. Route 1, Ste. 6,
                 Princeton, NJ 08540-5920
5133181       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
5123491         FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
5123492        +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
5123494        +Milstead & Associates LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5123488        +E-mail/Text: bankruptcycare@affinityfcu.com Dec 18 2018 19:26:42      Affinity FCU,
                 73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
5123489         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2018 19:34:54      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
5136952         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2018 19:36:06
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5123490         E-mail/Text: mrdiscen@discover.com Dec 18 2018 19:26:32      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850
5123493         E-mail/Text: camanagement@mtb.com Dec 18 2018 19:26:45      M&T Bank,
                 1 Fountain Plaza - 9th Floor,    Buffalo, NY 14203
5132817         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 18 2018 19:26:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
          Charles  Laputka    on behalf of Debtor 1 Latasha Shereece Calloway claputka@laputkalaw.com,
           milda@laputkalaw.com;jen@laputkalaw.com;bkeil@laputkalaw.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov,    DPugh@monroecountypa.gov
          United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| LATASHA SHEREECE CALLOWAY | CASE NO: 5:18-BK-04517-JJT |
| Debtor | Motion to Continue Automatic Stay Pursuant to 11 U.S.C. §362 |

### ORDER

Upon consideration of Debtor's Motion to Continue Automatic Stay Pursuant to 11 U.S.C. §362,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to 11 U.S.C. §362 the automatic stay imposed by the filing of the above referenced bankruptcy is hereby continued and extended through the duration of the case without modification unless otherwise ordered by the Court.

Dated: December 17, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)