UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
| LATASHA SHEREECE CALLOWAY | |
| Debtor | CASE NO. 5:18-BK-04517 |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 3RD day of January, 2019 a true and correct copy of the attached 1st Amended Plan was served by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon all creditors listed in the creditor matrix as well as the individuals set forth below:

Charles J. DeHart, III, Trustee
Office of the Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Affinity FCU
73 Mountainview Blvd
Basking Ridge, NJ 07920

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Discover Bank
PO Box 15316
Wilmington, DE 19850

FedLoan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

GM Financial
PO Box 181145
Arlington, TX 76096

M&T Bank
1 Fountain Plaza - 9th Floor
Buffalo, NY 14203

Milstead & Associates LLC
1 E. Stow Road
Marlton, NJ 08053

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360

ABC Bail Bonds, Inc.
Schachter Portnoy, LLC
3490 U.S. Route 1, Ste. 6
Princeton, NJ 08540

Pennsylvania Department of Revenue
Bankruptcy Division P O Box 280946
Harrisburg PA 17128-0946

Verizon
by American InfoSource as agent
PO Box 248838
Oklahoma City, OK 73124-8838

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602


Date: <u>January 7, 2019</u>　　　　　　　　Laputka Law Office, LLC

<u>/s/ Charles Laputka, Esquire</u>
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102