ATTORNEY AT LAW

**PETER J.
LISKA, LLC**

Peter J. Liska *Member of NJ, NY & Washington, DC BAR*
Elizabeth A. Hopkins • Allison J. Kiffin

TEL 732•933•7777  FAX 732•224•8914  COLLECTIONS@PETERLISKA.COM
766 Shrewsbury Avenue • Tinton Falls • New Jersey 07724

March 18, 2019

United States Bankruptcy Court
Middle District of Pennsylvania
228 Walnut St.
Harrisburg, PA 17101

> *Re:  Latasha Shereece Calloway*
> *Bankruptcy Case No. 18-04517*
> *Proof of Claim # 6*

Dear Sir/Madam:

   This office represents Affinity Federal Credit Union. A Proof of Claim was filed with reference to the above captioned debtor in error. Please withdrawal claim #6.
Thank you.

   Since this matter is in bankruptcy, the usually required FDCPA warning is omitted as same could be a violation of the automatic stay.

Very truly yours,

*[signature]*
Allison J. Kiffin, Esq.

AJK/kg