```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-04517-RNO
Latasha Shereece Calloway                                           Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5       User: PRatchfor         Page 1 of 1             Date Rcvd: Jul 25, 2019
                           Form ID: ordsmiss       Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.

| | | |
|---|---|---|
| db | | Latasha Shereece Calloway, 1404 Whispering Hills Ct, Effort, PA 18330-8161 |
| cr | | +c/o Peter J. Liska, Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 5129465 | | +ABC Bail Bonds, Inc., Schachter Portnoy, LLC, 3490 U.S. Route 1, Ste. 6, Princeton, NJ 08540-5920 |
| 5142645 | | +Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 5123491 | | FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5145921 | | +Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 5123494 | | +Milstead & Associates LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 5178973 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| 5133181 | | EDI: PHINAMERI.COM Jul 25 2019 23:23:00 AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5123488 | | +E-mail/Text: bankruptcycare@affinityfcu.com Jul 25 2019 19:21:34 Affinity FCU, 73 Mountainview Blvd, Basking Ridge, NJ 07920-2332 |
| 5123489 | | EDI: CAPITALONE.COM Jul 25 2019 23:23:00 Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5136952 | | EDI: CAPITALONE.COM Jul 25 2019 23:23:00 Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5123490 | | EDI: DISCOVER.COM Jul 25 2019 23:23:00 Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5123492 | | +EDI: PHINAMERI.COM Jul 25 2019 23:23:00 GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5123493 | | E-mail/Text: camanagement@mtb.com Jul 25 2019 19:21:35 M&T Bank, 1 Fountain Plaza - 9th Floor, Buffalo, NY 14203 |
| 5144535 | | +EDI: RESURGENT.COM Jul 25 2019 23:23:00 PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5132817 | | E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2019 19:21:38 Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5143431 | | EDI: AIS.COM Jul 25 2019 23:23:00 Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| | | TOTAL: 10 |

***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:

              Allison J Kiffin     on behalf of Creditor c/o Peter J. Liska, Affinity Federal Credit Union
               collections@peterliska.com
              Charles Laputka     on behalf of Debtor 1 Latasha Shereece Calloway claputka@laputkalaw.com,
               milda@laputkalaw.com;jen@laputkalaw.com;bkeil@laputkalaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Latasha Shereece Calloway, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:18–bk–04517–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: July 25, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk

ordsmiss (05/18)