Check No. 1210675

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 14-05286-RNO | 006-0 | IVAN JULIAN SMITH<br>Original Check written to:<br>CITY OF SCRANTON<br>312 ADAMS AVE<br>SCRANTON, PA  18503- | 322-275-00A | 0.00 | 112.73 | 0.00 | 112.73 |
| 14-05748-RNO | 009-0 | CHARLES S. WODRIG<br>Original Check written to:<br>CESARIOS INC DBA TRI-STATE TURF<br>C/O DOMINICK PANNUNZIO ESQ<br>294 MAIN STREET<br>DUPONT, PA  18641- | | 10,447.19 | 242.85 | 0.00 | 242.85 |
| 15-04571-RNO | 009-0 | JAIME D MERLO<br>Original Check written to:<br>ONEMAIN FINANCIAL<br>PO BOX 70912<br>CHARLOTTE, NC  28272- | 0019 | 6,656.89 | 1,848.83 | 0.00 | 1,848.83 |
| 18-00078-RNO | 999-0 | ROBERT DONALD PEDERSEN<br>Original Check written to:<br>ROBERT DONALD PEDERSEN<br>2069 HEMLOCK FARMS<br>HAWLEY, PA  18428 | | 0.00 | 4,029.12 | 0.00 | 4,029.12 |
| 18-03971-RNO | 999-0 | VINCENT L. AHRENS<br>Original Check written to:<br>VINCENT L. AHRENS<br>158 MOUNTAIN DRIVE<br>GREENTOWN, PA  18426 | | 0.00 | 466.50 | 0.00 | 466.50 |
| 18-04517-RNO | 999-0 | LATASHA SHEREECE CALLOWAY<br>Original Check written to:<br>LATASHA SHEREECE CALLOWAY<br>1404 WHISPERING HILLS CT<br>EFFORT, PA  18330-8161 | | 0.00 | 5.99 | 0.00 | 5.99 |